AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-02186

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CAPITAL ADVANCES LLC
was received by me on *(date)* 05/25/2018 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CARMELA MORELLI , who is
designated by law to accept service of process on behalf of *(name of organization)* CAPITAL ADVANCES LLC
on *(date)* 05/31/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*


My fees are $ 25.00 for travel and $ 25.00 for services, for a total of $ 50.00 .

I declare under penalty of perjury that this information is true.

Date: 05/31/2018

*Server's signature*

KAMERON MARSHALL, Process Server
*Printed name and title*

199 W Chew Ave,
Philadelphia, PA 19120

*Server's address*

Additional information regarding attempted service, etc:
Served Carmela Morelli, Registered Agent, on behalf of Capital Advances LLC at 4:55 PM on May 31, 2018, at 4042 Loring St, Philadelphia, PA 19136.
Subject identified herself as Carmela Morelli She was wearing red pants, a grey t-shirt, and a dark blue zippered Temple University Hospital jacket, and has red colored hair Approximately 35 years old, ~ 180 pounds
Ms Morelli asked what she needed to do and seemed confused I informed her she needed to contact an attorney.
Ms Morelli then gave me the middle finger and became agitated; I left