IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON** | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| **CAPITAL ADVANCES LLC, CARMELA** | : |
| **MORELLI and VINCENZO MORELLI,** | : |
| **a/k/a VINCENT MORELLI** | : NO. 18-2186 |

# ORDER

**NOW,** this 21st day of June, 2018, it is **ORDERED** that no later than **July 2, 2018**, the plaintiff shall file a notice with the Clerk listing all cases in any court in which he is and ever was a plaintiff seeking relief under the Telephone Consumer Protection Act. The list shall include the following information for each case: the plaintiff's attorney(s); the court in which the action was filed; the full caption of the case; the case number; the name of the defendant(s) and, if any, the defendant's attorney(s); and the disposition of the case.

/s/TIMOTHY J. SAVAGE