**James Everett Shelton**
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
jeshelton595@gmail.com

**Plaintiff**

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON**<br><br>　　　　**Plaintiff**<br>v.<br><br>**CAPITAL ADVANCES LLC**<br><br>**CARMELA MORELLI**<br><br>**VINCENT MORELLI a/k/a VINCENZO MORELLI**<br><br>　　　　**Defendants** | No. 2:18-cv-02186<br><br>Honorable Timothy J. Savage<br><br>FILED<br>JUL - 9 2018<br>KATE BARKMAN, Clerk<br>By_____ Dep. Clerk |

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT VINCENT MORELLI A/K/A VINCENZO MORELLI WITHOUT PREJUDICE PER F.R.C.P. 41(a)(1)(A)(i)

Plaintiff JAMES EVERETT SHELTON hereby dismisses defendant VINCENT MORELLI a/k/a VINCENZO MORELLI from this case without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). I hereby certify that no answer or other responsive pleading has been filed by this defendant. This dismissal without prejudice applies to defendant VINCENT MORELLI a/k/a VINCENZO MORELLI only.

Dated: 7/9/2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ James Everett Shelton*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　James Everett Shelton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　316 Covered Bridge Road
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(484) 626-3942
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　jeshelton595@gmail.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff