# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES EVERETT SHELTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAPITAL ADVANCES LLC, CARMELA | : | |
| MORELLI and VINCENZO MORELLI, | : | |
| a/k/a VINCENT MORELLI | : | NO.   18-2186 |

## ORDER

**NOW,** this 11th day of July, 2018, upon consideration of the plaintiff's Motion for Default Judgment Per Rule 55(b)(2) With Incorporated Motion for Hearing for Assessment of Damages (Document No. 8), it is **ORDERED** that a hearing to show cause why judgment should not be entered and to assess damages is scheduled for **Tuesday, July 24, 2018, at 9:30 a.m., in Courtroom 9A**, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**IT IS FURTHER ORDERED** that the plaintiff shall serve copies of the Request for Entry of Clerk's Default Judgment with supporting documentation and this Order upon the defendants Capital Advances LLC and Carmela Morelli personally, and by certified mail, return receipt requested, and by regular mail no later than **July 19, 2018**.   Plaintiff shall file an affidavit of service in compliance with this Order.

/s/TIMOTHY J. SAVAGE