

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-2186

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* CAPITAL ADVANCES LLC
was received by me on *(date)* 07/11/2018 .

**FILED**
JUL 19 2018
KATE BARKMAN, Clerk
By _____ Dep. Clerk

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Served Request for Entry of Clerk's Default Judgment with supporting documentation (ECF 8) and Court Order (ECF 9) by Regular Mail, and Certified Mail #70170190000000605695. The Certified Mail was delivered July 14 and the Regular Mail was not returned back to me. I am awaiting the Return Receipt (green card) to come in the mail.

My fees are $ 0.00 for travel and $ 20.00 for services, for a total of $ 20.00

I declare under penalty of perjury that this information is true.

Date: 07/19/2018

*Server's signature*

Jon P. Frey
*Printed name and title*

1515 Market Street Suite 1200 #535
Philadelphia, PA 19102

*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

**Tracking Number:** 70170190000000605695                                Remove ✕

**Expected Delivery by**

**SATURDAY**
**14** JULY ⓘ   |   by
       2018 ⓘ         **8:00pm** ⓘ

## ✓ Delivered

July 14, 2018 at 4:24 pm
Delivered, Left with Individual
PHILADELPHIA, PA 19136

Get Updates ⌄

---

Text & Email Updates                                                    ⌄

---

Tracking History                                                        ⌄

---

Product Information                                                     ⌃

| Postal Product: | Features: | See tracking for related item: 9590940235297275867184 |
|---|---|---|
| First-Class Mail® | Certified Mail™ | (/go/TrackConfirmAction?tLabels=9590940235297275867184) |

---

See Less ⌃

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-2186

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CARMELA MORELLI
was received by me on *(date)* 07/11/2018 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*   Served Request for Entry of Clerk's Default Judgment with supporting documentation (ECF 8) and Court Order (ECF 9) by Regular Mail, and Certified Mail #70170190000000605688. The Certified Mail was delivered July 14 and the Regular Mail was not returned back to me. I am awaiting the Return Receipt (green card) to come in the mail.

My fees are $ 0.00 for travel and $ 20.00 for services, for a total of $ 20.00 .

I declare under penalty of perjury that this information is true.

Date:   07/19/2018

*Server's signature*

Jon P. Frey
*Printed name and title*

1515 Market Street Suite 1200 #535
Philadelphia, PA 19102

*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

**Tracking Number:** 70170190000000605688

Remove ✕

**Expected Delivery by**

**SATURDAY**
**14** JULY 2018 ⓘ

by
**8:00pm** ⓘ

## ✓ Delivered

July 14, 2018 at 4:24 pm
Delivered, Left with Individual
PHILADELPHIA, PA 19136

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌃

| Postal Product: | Features: | See tracking for related item: 9590940235297275867177 |
|---|---|---|
| First-Class Mail® | Certified Mail™ | (/go/TrackConfirmAction?tLabels=9590940235297275867177) |

---

See Less ⌃