

# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON, <br><br> Plaintiff <br><br> v. <br><br> CAPITAL ADVANCES LLC & <br> CARMELA MORELLI <br><br> Defendants | Case No. 2:18-cv-02186 <br><br> Honorable Timothy J. Savage |

## AFFIDAVIT OF SERVICE:

**FILED**
JUL 1 - 2018
KATE BARKMAN, Clerk
By_____ Dep Clerk

Place of service: 4042 Loring St, Philadelphia, PA 19136

Party Served: Capital Advances LLC c/o Carmela Morelli, Registered Agent

Date and Time: July 12th, 2018 at approximately 8:07 PM

Method of service: Personal service via hand delivery

Documents Served: Plaintiff's Request for Clerk's Entry of Default, Motion for Default Judgment per Rule 55(b)(2) with Incorporated Motion for Hearing for Assessment of Damages, and Court Order dated July 11, 2018 (ECF No. 9) signed by Honorable Timothy J. Savage.

Description of Service: Defendant Carmela Morelli (Registered Agent/Owner of Capital Advances LLC) was outside her residence when I arrived. She recognized me from before and was not happy about receiving the papers, and yelled at me to leave. To confirm service, I took a picture of the defendant, which is attached.

I swear, under penalty of perjury, that I have read the foregoing, and that it is true and correct. I am over the age of eighteen (18), am not a party to this matter, and I have no direct interest in this action.

Dated: July 19, 2018

_____
KAMERON MARSHALL
199 W. Chew Ave,
Philadelphia, PA 19120
(267) 880-9363

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON,<br><br>Plaintiff<br><br>v.<br><br>CAPITAL ADVANCES LLC &<br>CARMELA MORELLI<br><br>Defendants | Case No. 2:18-cv-02186<br><br>Honorable Timothy J. Savage |

## AFFIDAVIT OF SERVICE:

Place of service: 4042 Loring St, Philadelphia, PA 19136

Party Served: Carmela Morelli, individually

Date and Time: July 12th, 2018 at approximately 8:07 PM

Method of service: Personal service via hand delivery

Documents Served: Plaintiff's Request for Clerk's Entry of Default, Motion for Default Judgment per Rule 55(b)(2) with Incorporated Motion for Hearing for Assessment of Damages, and Court Order dated July 11, 2018 (ECF No. 9) signed by Honorable Timothy J. Savage.

Description of Service: Defendant Carmela Morelli was outside her residence when I arrived. She recognized me from before and was not happy about receiving the papers, and yelled at me to leave. To confirm service, I took a picture of the defendant, which is attached.

I swear, under penalty of perjury, that I have read the foregoing, and that it is true and correct. I am over the age of eighteen (18), am not a party to this matter, and I have no direct interest in this action.

Dated: July 19, 2018

KAMERON MARSHALL

199 W. Chew Ave,

Philadelphia, PA 19120

(267) 880-9363

