IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON | : CIVIL ACTION |
| v. | : |
| CAPITAL ADVANCES LLC, CARMELA MORELLI and VINCENZO MORELLI, a/k/a VINCENT MORELLI | : NO. 18-2186 |

## JUDGMENT ORDER

**NOW,** this 25th day of July, 2018, upon consideration of the Motion for Default Judgment Per Rule 55(b)(2) (Document No. 8), and after a hearing, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of plaintiff James Everett Shelton and against the defendants Capital Advances LLC & Carmela Morelli, jointly and severally, in the amount of $4,500.00.

/s/TIMOTHY J. SAVAGE