AO 133 (Rev 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| JAMES EVERETT SHELTON | ) | |
|---|---|---|
| v. | ) | Case No.: 2:18-cv-02186-TJS |
| CAPITAL ADVANCES LLC & CARMELA MORELLI | ) | |

**FILED**
AUG 17 2018
KATE BARKMAN, Clerk
By _____ Dep. Clerk

## BILL OF COSTS

Judgment having been entered in the above entitled action on  07/25/2018  against  CAPITAL ADVANCES LLC & CARMELA MORELLI,
*Date*
the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk .................................................. | $ | 400.00 |
| Fees for service of summons and subpoena ................... | | 185.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ..... | | |
| Fees and disbursements for printing ............................ | | |
| Fees for witnesses *(itemize on page two)* ................. | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case .. | | |
| Docket fees under 28 U.S.C. 1923 .. | | |
| Costs as shown on Mandate of Court of Appeals ........ | | |
| Compensation of court-appointed experts ........ | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 .... | | |
| Other costs *(please itemize)* ............................. | | |
| TOTAL | $ | 585.00 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service   ☑ First class mail, postage prepaid
☐ Other:

s/ Attorney:

Name of Attorney:

For   James Everett Shelton     /s/ James E. Shelton       Date   08/12/2018
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By

Clerk of Court                      Deputy Clerk                          Date

AO 133 (Rev 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0 00 |
| | | | | | | | $0.00 |
| | | | | | | | $0 00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec 1924 Verification of bill of costs "
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed "

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree "

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees
    Unless a federal statute, these rules, or a court order provides otherwise, cost s — other than attorney's fees - should be allo wed to the prevailing party But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law The clerk may tax costs on 14 day's notice On motion served within the next 7 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a)

**RULE 58(e)**

Cost or Fee Awards

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com

Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON | No. 2:18-cv-02186-TJS |
| Plaintiff | |
| v. | |
| CAPITAL ADVANCES LLC & | |
| CARMELA MORELLI | |
| Defendants | |

## BILL OF COSTS:

Plaintiff James Everett Shelton hereby provides the following itemization of recoverable costs that were reasonably necessary and incurred by Plaintiff in prosecuting this civil action:

| Item: | Date: | Amount: | Notes: |
|---|---|---|---|
| Filing Fee | 5/24/2018 | $400.00 | Docket reflects payment of filing fee |
| Service of Process Upon Capital Advances LLC | 5/31/2018 | $50.00 | Served by Kameron Marshall, Exhibit A |
| Service of Process Upon Carmela Morelli | 5/31/2018 | $50.00 | Served by Kameron Marshall, Exhibit B |
| Attempted service upon Vincent Morelli a/k/a Vincenzo Morelli | 6/28/2018 | $45.00 | Defendants were not at this address despite it being their principal address according to the Florida Secretary of State. Exhibit C. |

| Service of Court Order (ECF No. 9), Motion for Clerk's Entry of Default, and Motion for Default Judgment Per Rule 55(b)(2) upon Capital Advances LLC & Carmela Morelli via Certified Mail and First Class Mail | 7/14/2018 | $40.00 | See Exhibit D, proof of service by Jon P. Frey. |
|---|---|---|---|
| **Total:** | | $585.00 | |

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill of costs has been served on all parties in the following manner: First Class Mail to Carmela Morelli & Capital Advances LLC, to the address 4042 Loring St, Philadelphia, PA 19136.

Dated: 8/12/2018

Respectfully Submitted,

*Jamee E. Shelton*

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com

Plaintiff

# EXHIBIT A

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-02186

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **CARMELA MORELLI**
was received by me on *(date)* **05/25/2018**

☑ I personally served the summons on the individual at *(place)* 4042 Loring St, Philadelphia, PA 19136
on *(date)* 05/31/2018 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 25.00 for travel and $ 25.00 for services, for a total of $ 50.00 .

I declare under penalty of perjury that this information is true.

Date: 05/31/2018

*Server's Signature*

KAMERON MARSHALL, Process Server
*Printed name and title*

199 W. Chew Ave,
Philadelphia, PA 19120

*Server's address*

Additional information regarding attempted service, etc:
Served Carmela Morelli, individually at 4:55 PM on May 31, 2018, at 4042 Loring St, Philadelphia, PA 19136. Subject identified herself as Carmela Morelli. She was wearing red pants, a grey t-shirt, and a dark blue zippered Temple University Hospital jacket, and has red colored hair. Approximately 35 years old, ~ 180 pounds. Ms. Morelli asked what she needed to do and seemed confused. I informed her she needed to contact an attorney. Ms. Morelli then gave me the middle finger and became agitated; I left.

# EXHIBIT B

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-02186

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **CAPITAL ADVANCES LLC**
was received by me on *(date)* **05/25/2018**

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **CARMELA MORELLI** , who is
designated by law to accept service of process on behalf of *(name of organization)* **CAPITAL ADVANCES LLC**
on *(date)* **05/31/2018** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **25.00** for travel and $ **25.00** for services, for a total of $ **50.00**

I declare under penalty of perjury that this information is true.

Date: **05/31/2018**

*Server's signature*

**KAMERON MARSHALL, Process Server**
*Printed name and title*

199 W. Chew Ave.
Philadelphia, PA 19120

*Server's address*

Additional information regarding attempted service, etc:
Served Carmela Morelli, Registered Agent, on behalf of Capital Advances LLC at 4:55 PM on May 31, 2018, at 4042 Loring St, Philadelphia, PA 19136.
Subject identified herself as Carmela Morelli. She was wearing red pants, a grey t-shirt, and a dark blue zippered Temple University Hospital jacket, and has red colored hair. Approximately 35 years old, ~ 180 pounds.
Ms Morelli asked what she needed to do and seemed confused. I informed her she needed to contact an attorney
Ms. Morelli then gave me the middle finger and became agitated; I left.

# Link Processors, LLC

**INVOICE**

Ron Link
1221 Long Street
Lakeland, Florida 33801
Phone (863) 937-4686

DATE: JULY 2, 2018

**TO:**
**James Shelton**
**316 Covered Bridge Road**
**King Of Prussia, PA 19406**
**484-626-3942**

**FOR:**
Process Serving

| DESCRIPTION | Information | AMOUNT |
|---|---|---|
| James Everett Shelton<br>VS<br>Capital Advances LLC ET AL<br>Case# 18-2186 | Ref# 201806025 | 45.00 |
| Make Checks Payable to Link Processors LLC | | 45.00 |

*Thank you for your business I hope to Serve for you again.*
*Tax ID#45-5311087*

## AFFIDAVIT OF NON-SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania

Case Number: 18-2186

Plaintiff:
**JAMES EVERETT SHELTON**

vs.

Defendant:
**CAPITAL ADVANCES LLC, ET AL.,**


JVS2018004715

For:
James Everett Shelton
11420 Hessler Road
Apt 2
Cleveland, OH 44106

Received by Link Processors, LLC on the 8th day of June, 2018 at 12:52 pm to be served on **VINCENT MORELLI, 351 S CYPRESS ROAD, STE 400, POMPANO BEACH, FL 33060.**

I, Douglas Nelson, being duly sworn, depose and say that on the **28th day of June, 2018 at 9:00 am, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CASE MANAGEMENT TRACK DESIGNATION FORM and CIVIL COVER SHEET** for the reason that I failed to find **VINCENT MORELLI** or any information to allow further search  Read the comments below for further details.

**Additional Information pertaining to this Service:**
I ATTEMPTED SERVICE AT THE ADDRESS PROVIDED OF 351 S CYPRESS ROAD, STE 400, POMPANO BEACH, FL 33060 AND I AM REPORTING THAT THIS IS A VACANT OFFICE SUITE.

I certify that I identified myself as a Process Server  I am over the age of 18, have no interest in the above action, and under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Subscribed and sworn to before me on the 28 day of
_____, 2018 by the affiant who is
personally known to me.

NOTARY PUBLIC

VANESSA ICHASO-ARCHBOLD
Commission # GG 186705
Expires December 10, 2021
Bonded Thru Budget Notary Services

Douglas Nelson
SPS #773

Link Processors, LLC
1221 Long Street
Lakeland, FL 33801
(863) 937-4686

Our Job Serial Number: JVS-2018004715
Ref: James Everett Shelton 201806025

Copyright © 1992-2018 Database Services, Inc - Process Server's Toolbox V7 1i

AO 440 (Rev 12 09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

JAMES EVERETT SHELTON

    *Plaintiff*

v.

CAPITAL ADVANCES LLC, CARMELA MORELLI, VINCENZO MORELLI a/k/a VINCENT MORELLI

    *Defendant*

Civil Action No  18-2186

## SUMMONS IN A CIVIL ACTION

To *(Defendant's name and address)*

VINCENT MORELLI
351 S. Cypress Rd Suite 400
Pompano Beach, FL 33060

A lawsuit has been filed against you

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed R Civ P 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure  The answer or motion must be served on the plaintiff or plaintiff's attorney whose name and address are
JAMES EVERETT SHELTON
316 COVERED BRIDGE RD
KING OF PRUSSIA, PA 19406

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint  You also must file your answer or motion with the court

*CLERK OF COURT*

Date    5 24 18

*Joseph B Walton* Deputy Clerk

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-2186

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CAPITAL ADVANCES LLC
was received by me on *(date)* 07/11/2018

**FILED**
JUL 19 2018
KATE BARKMAN, Clerk
By _____ Dep. Clerk

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Served Request for Entry of Clerk's Default Judgment with supporting documentation (ECF 8) and Court Order (ECF 9) by Regular Mail, and Certified Mail #70170190000000605695. The Certified Mail was delivered July 14 and the Regular Mail was not returned back to me. I am awaiting the Return Receipt (green card) to come in the mail.

My fees are $ 0.00 for travel and $ 20.00 for services, for a total of $ 20.00

I declare under penalty of perjury that this information is true.

Date: 07/19/2018

*Server's signature*

Jon P. Frey
*Printed name and title*

1515 Market Street Suite 1200 #535
Philadelphia, PA 19102

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-2186

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __CARMELA MORELLI__

was received by me on *(date)* __07/11/2018__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*  Served Request for Entry of Clerk's Default Judgment with supporting documentation (ECF 8) and Court Order (ECF 9) by Regular Mail, and Certified Mail #7017019000000000605688. The Certified Mail was delivered July 14 and the Regular Mail was not returned back to me. I am awaiting the Return Receipt (green card) to come in the mail.

My fees are $ __0.00__ for travel and $ __20.00__ for services, for a total of $ __20.00__ .

I declare under penalty of perjury that this information is true.

Date: __07/19/2018__

*Server's signature*

__Jon P. Frey__
*Printed name and title*

1515 Market Street Suite 1200 #535
Philadelphia, PA 19102

*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70170190000000605695

**Expected Delivery by**

**SATURDAY**
**14** JULY 2018 ⓘ | by **8:00pm** ⓘ

## ✓ Delivered

July 14, 2018 at 4:24 pm
Delivered, Left with Individual
PHILADELPHIA, PA 19136

Get Updates ⌄

---

**Text & Email Updates**   ⌄

---

**Tracking History**   ⌄

---

**Product Information**   ⌃

| Postal Product: | Features: | |
|---|---|---|
| First-Class Mail® | Certified Mail™ | See tracking for related item: 9590940235297275867184 (/go/TrackConfirmAction?tLabels=9590940235297275867184) |

---

See Less ⌃

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ×

**Tracking Number:** 70170190000000605688

**Expected Delivery by**

## SATURDAY
## 14 JULY 2018 ⓘ | by 8:00pm ⓘ

## ✓ Delivered

July 14, 2018 at 4:24 pm
Delivered, Left with Individual
PHILADELPHIA, PA 19136

Get Updates ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∨

---

**Product Information** ∧

| Postal Product: | Features: | |
|---|---|---|
| First-Class Mail® | Certified Mail™ | See tracking for related item: 9590940235297275867177 (/go/TrackConfirmAction?tLabels=9590940235297275867177) |

---

See Less ∧