# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| vs. | : | NO. 18-2186 |
| | : | |
| **CAPITAL ADVANCES LLC &** | : | |
| **CARMELA MORELLI,** | : | |
| **Defendants** | : | |

## **JUDGMENT**

**AND NOW**, this 7th day of May, 2019, judgment is hereby entered in favor of Plaintiff James Everett Shelton, and against Defendants Capital Advances LLC and Carmela Morelli, in the amount of $585.00.

                                        KATE BARKMAN
                                        Clerk of Court

                            By:   s/ Terry Milano
                                        Deputy Clerk