James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com

Plaintiff, Pro Se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON<br>Plaintiff,<br><br>v.<br><br>CAPITAL ADVANCES LLC, &<br>CARMELA MORELLI<br>Defendants | No. 2:18-cv-02186 |

### SATISFACTION OF JUDGMENT:

Plaintiff James Everett Shelton hereby gives notice that the Judgment in the amount of $4,500.00 entered by the Court on July 25, 2018 (ECF No. 13) against Defendants Capital Advances LLC and Carmela Morelli has been satisfied in full.

Respectfully Submitted,

Dated: 1/8/2020

*James E. Shelton*

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com

Plaintiff, Pro Se

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com

Plaintiff, Pro Se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON<br>Plaintiff,<br>v.<br>CAPITAL ADVANCES LLC, &<br>CARMELA MORELLI<br>Defendants | No. 2:18-cv-02186 |

### SATISFACTION OF CLERK'S JUDGMENT TAXING COSTS (ECF NO. 16-17):

Plaintiff James Everett Shelton hereby gives notice that the Judgment entered by the

Clerk of Court against Defendants Capital Advances LLC and Carmela Morelli taxing costs in

the amount of $585.00 on May 7, 2019 (ECF No. 16-17) has been satisfied in full.

Respectfully Submitted,

Dated: 1/8/2020

*James E. Shelton*

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com

Plaintiff, Pro Se

James Everett Shelton
316 Covered Bridge Rd
King of Prussia, PA 19406

Clerk, U.S District Court
601 Market Street, Room 2609
Philadelphia, PA 19106

19106-175699